# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01559-JVS(DFMx) | Date | November 6, 2017 |
| Title | Maudie Patton, et al. v. Experian Data Corp., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Paula Brown | John Vogt / Elizateh Beckman<br>Michael Oberbeck |

**Proceedings:**   Defendant Experian Data Corp's Motion to Dismiss Second Amended Complaint (Dkt 15)

Defendant Infosearch.com, LLC's Motion to Dismiss (Dkt 17)

Defendant Court Ventrues Inc.'s Joinder in Defendant Experian's Motion to Dismiss ( Dkt 18)

Plaintiffs' Motion to Remand (Dkt 20)

      Cause called and counsel make their appearances. The Court's tentative ruling is issued.

      Counsel submit on the tentative ruling as to plaintiffs' motion to Remand. The Court DENIES the plaintiff's motion and the Court will issue a more detailed written ruling when ruling on the other motions listed above.

      Counsel make their arguments regarding the motions to dismiss listed above. The Court grants plaintiff 7 days to file a response to cases addressed by defendant at the hearing. These motions will stand submitted upon the filing of the plaintiff's supplemental brief.

                                                                    :   35

Initials of Preparer     kjt