# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, VIRGINIA KALDMO, and DIANE RANDLE, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01559-JVS-DFM<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING ADMISSION PRO HAC VICE**<br><br>District Judge James V. Selna<br>Courtroom 10C, Santa Ana<br>Magistrate Judge Douglas F. McCormick<br>Courtroom 6B, Santa Ana<br><br>Complaint Filed:  September 30, 2015<br>Trial Date:            TBD<br><br>**JURY TRIAL DEMANDED** |

Case No. 8:17-cv-01559-JVS-DFM

[PROPOSED] ORDER EXTENDING PRO HAC ADMISSION

00128415

1   On September 12, 2017, the Clerk's Office issued a Notice of Pro Hac Vice
2   Application Due for attorney Richard L. Coffman (Docket No. 8). On November
3   8, 2017, attorney Richard L. Coffman submitted his Response to the Notice.
4   The Court, having reviewed and considered the above-referenced documents,
5   hereby ORDERS that the Pro Hac Vice admission granted to attorney Richard L.
6   Coffman in Case No. 8:15-cv-01142-JVS-PLA (Docket No. 23) and extended in
7   Case No. 8:16-cv-01715-CJC-DFM (Docket No. 20) is hereby extended again to
8   Case No. 8:17-cv-01559-JVS-DFM without further payment of fees.
9   The Court directs the Clerk's Office to add Richard L. Coffman to the docket
10  as counsel for plaintiffs in Case No. 8:17-cv-01559-JVS-DFM.
11  **IT IS SO ORDERED.**

14  Dated: November 14, 2017

15  HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE