00135235

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, VIRGINIA KALDMO, and DIANE RANDLE, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01559-JVS-DFM<br><br>**CLASS ACTION**<br><br>**PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**<br><br>District Judge James V. Selna<br>Courtroom 10C, Santa Ana<br>Magistrate Judge Douglas F. McCormick<br>Courtroom 6B, Santa Ana<br><br>Complaint Filed: September 30, 2015<br>Trial Date: TBD<br><br>**JURY TRIAL DEMANDED** |

Pursuant to the Court's Order granting Plaintiff Vance's Motion for Entry of Partial Judgment Pursuant to Fed. R. Civ. P. 54(b) (Doc Nos. 57 and 58), judgment is hereby entered in favor of defendants and against Plaintiff Samuel Vance.

**IT IS SO ORDERED.**

Dated: May 08, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE