# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, and VIRGINIA KALDMO, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:17-cv-01559-JVS-DFM<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING ADMISSION PRO HAC VICE**<br><br>USDJ:  James V. Selna<br>Courtroom: 10C, Santa Ana<br>USMJ:  Douglas F. McCormick<br>Courtroom: 6B, Santa Ana<br><br>Date Filed: November 12, 2015<br>Trial Date: TBD<br><br>**JURY TRIAL DEMANDED** |

  On September 12, 2017, the Clerk's Office issued a Notice of Pro Hac Vice Application Due for attorney Erich P. Schork (Docket No. 7). On January 12, 2018, attorney Erich P. Schork submitted his Response to the Notice.

  The Court, having reviewed and considered the above-referenced documents, hereby ORDERS that the Pro Hac Vice admission granted in Case No. 8:15-cv-01142-JVS-PLA (Docket No. 21) and extended in Case No. 8:16-cv-01715-CJC-DFM is hereby extended again to Case No. 8:17-cv-01559-JVS-DFM without further payment of fees.

The Court directs the Clerk's Office to add Erich P. Schork to the docket as counsel for plaintiffs in Case No. 8:17-cv-01559-JVS-DFM.

**IT IS SO ORDERED.**

Date: May 22, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE