Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:   949.553.7539

Attorneys for Defendant/Cross-Defendant
EXPERIAN DATA CORP.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, VIRGINIA KALDMO, and DIANE RANDLE, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 8:17-cv-01559-JVS-DFM**<br><br>Honorable James V. Selna<br><br>**EXPERIAN DATA CORP.'S NOTICE OF MOTION AND MOTION OF TO REOPEN DISCOVERY FOR DEPOSITION OF RICHARD COFFMAN**<br><br>Date:  December 17, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Complaint filed: Sept. 30, 2015<br>FAC filed: Aug. 15, 2016<br>Corrected FAC filed: Aug. 17, 2016<br>SAC filed: Aug. 11, 2017<br><br>Trial date: May 7, 2019 |

**NOTICE OF MOTION AND MOTION TO REOPEN DISCOVERY**

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, on December 17, 2018, at 1:30 p.m., or as
3  soon thereafter as the matter may be heard, in the courtroom of the Honorable
4  James V. Selna, located in Department 10C of the above-entitled Court, Defendant
5  Experian Data Corp. will, and hereby does, move the Court for an Order Reopening
6  Discovery for Deposition of Richard Coffman.

7  This Motion is based upon this Notice of Motion and Motion, the
8  accompanying Memorandum of Points and Authorities, the Declaration of Jeremy
9  Close and exhibits attached thereto, the complete records and files of this case, and
10 such further evidence and argument as may be presented at the hearing on this
11 Motion.

12 This motion is made following the conference of counsel pursuant to L.R. 7-
13 3 which took place on November 8, 2018.

14

15 Dated: November 15, 2018                JONES DAY

17                                         By: */s/ John A. Vogt*
                                               John A. Vogt
18
                                           Attorneys for Defendant/Cross-
19                                         Defendant
                                           EXPERIAN DATA CORP.