BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN
 (*pro hac vice*)
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX  77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAUDIE PATTON, JACQUELINE GOODRIDGE, VIRGINIA KALDMO, and DIANE RANDLE, Individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORP., a Delaware corporation; COURT VENTURES, INC., a California corporation; U.S. INFOSEARCH.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01559-JVS-DFM<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>District Judge James V. Selna<br>Courtroom 10C, Santa Ana<br>Magistrate Judge Douglas F. McCormick<br>Courtroom 6B, Santa Ana<br><br><br>Complaint Filed:   September 30, 2015<br>Trial Date:             June 11, 2019<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Marius Andreica, Ian Deaderick, James Silliman, Lorelei Stanislas, and Samuel Vance, and Defendants Experian Data Corp., Court Ventures, Inc., and U.S.Infosearch.com, LLC (collectively, the "Parties"), jointly submit this Notice of Settlement to advise the Court that the Parties have reached a settlement in principle to resolve this action in its entirety.

As a result of reaching a settlement, the Parties respectfully request that the Court stay all deadlines and continue all hearings in this matter, including the hearings on Plaintiffs' Motion for Class Certification [ECF No. 117] and Experian's Motion to Reopen Discovery [ECF No. 113], currently set for March 4, 2019, while the Parties complete the settlement agreement. The Parties anticipate that they will have a fully executed settlement agreement within the next ten (10) days, after which time the Parties will promptly file a stipulation for dismissal.

Respectfully submitted,

Dated: February 22, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN (*pro hac vice*)
First City Building
505 Orleans St., Fifth Floor
Beaumont. TX 77701

|   |   |   |
|---|---|---|
| 1 |  | Tel: 409/833-7700 |
| 2 |  | 866/835-8250 (fax) |
|   |  | rcoffman@coffmanlawfirm.com |
| 3 |  | *Attorneys for Plaintiffs* |
| 4 | Dated: February 22, 2019 | JONES DAY |
| 5 |  | RICHARD J. GRABOWSKI (125666) |
|   |  | JOHN A. VOGT (198677) |
| 6 |  | EDWARD S. CHANG (241682) |
|   |  | JEREMY S. CLOSE (260226) |
| 7 |  | By:     *s/ Richard J. Grabowski* |
| 8 |  |         RICHARD J. GRABOWSKI |
| 9 |  | 3161 Michelson Drive, Suite 800 |
|   |  | Irvine, CA 92612 |
| 10 |  | Tel: 949/851-3939 |
|   |  | 949/553-7539 (fax) |
| 11 |  | rgrabowski@jonesday.com |
|   |  | javogt@jonesday.com |
| 12 |  | echang@jonesday.com |
|   |  | jsclose@jonesday.com |
| 13 |  | *Attorneys for Defendant* |
|   |  | *Experian Data Corp.* |
| 14 | Dated: February 22, 2019 | BURKHALTER KESSLER CLEMENT |
| 15 |  |   & GEORGE LLP |
|   |  | ALTON G. BURKHALTER (119594 |
| 16 |  | MICHAEL OBERBECK (186718) |
| 17 |  | By:     *s/ Michael Oberbeck* |
|   |  |         MICHAEL OBERBECK |
| 18 |  | 2020 Main Street, Suite 600 |
| 19 |  | Irvine, CA 92614 |
|   |  | Tel: 949/975-7500 |
| 20 |  | 949/975-7501 (fax) |
|   |  | aburkhalter@bkcglaw.com |
| 21 |  | moberbeck@bkcglaw.com |
| 22 |  | *Attorneys for Defendant* |
|   |  | *Court Ventures, Inc.* |
| 23 | Dated: February 22, 2019 | KRAMER DEBOER & KEANE, LLP |
|   |  | JEFFREY S. KRAMER (09049) |
| 24 |  | SANDRA CALIN (100444) |
|   |  | ELIZABETH D. BECKMAN (261274) |
| 25 |  | By:     *s/ Sandra Calin* |
| 26 |  |         SANDRA CALIN |
| 27 |  | 21860 Burbank Blvd., Suite 370 |
|   |  | Woodland Hills, CA  91367 |
| 28 |  | Tel: 818/657-0255 |
|   |  | 818/657-0256 (fax) |

BLOOD HURST & O'REARDON, LLP

00146772

2    Case No. 8:17-cv-01559-JVS-DFM
JOINT NOTICE OF SETTLEMENT

jkramer@kdeklaw.com
scalin@kdeklaw.com
ebeckman@kdeklaw.com

*Attorneys for Defendant*
*U.S.Infosearch.com, LLC*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: February 22, 2019            BLOOD HURST & O'REARDON, LLP

                                    By:     *s/ Timothy G. Blood*
                                           TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com